Francis L. Knott and Mary R. Knott, Plaintiffs-Appellants, v. Freuhauf Trailer Co., a Corporation, and Floyd W. Phillips, Defendants-Appellees.

Gen. No. 10,382.

Third District.

May 16, 1962.

Melvin O. Moehle, of Washington, for appellants; Cassidy and Cassidy, of Peoria, for appellees. Opinion by JUDGE CARROLL. **Not to be published in full.**